IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02148-WYD-KLM

ERIN ANDERSON, an individual,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion for Summary Judgment (ECF No. 31) is **STRICKEN** with leave to refile for failure to comply with my Practice Standards.  The parties are ordered to review and comply with all directives contained in my Practice Standards.

    Dated:  June 30, 2011.